UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO CRAMER,

    Plaintiff,

    v.

EVALYN HOROWITZ, et al.,

    Defendants.

Case No. 14-cv-02620-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff raises various claims against his jailors and staff at Mule Creek State Prison, which lies in the Eastern District of California.  This federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:**  June 18, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CRAMER,<br><br>  Plaintiff,<br><br>  v.<br><br>EVALYN HOROWITZ, et al.,<br><br>  Defendants. | Case No.  14-cv-02620-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorenzo Cramer
Mule Creek State Prison
4001 Highway 104
Ione, CA 95640

Dated: 6/18/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2